# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Willie T. Bobbitt**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00053-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Presely | ) | |
| Kevin Ingram | | |
| FNU Snipes**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2016 Order.

December 9, 2016

Frank G. Johns, Clerk
United States District Court